IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

WALTER VANCE MOREHEAD                                                              PLAINTIFF

v.                                    Case No. 1:24-cv-1097

SHERIFF DAVID NORWOOD                                                              DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed August 4, 2025, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 25. Judge Bryant recommends that this case be dismissed without prejudice for failure to comply with the Court's Local Rules and orders and for failure to prosecute this case.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 25) *in toto*. Accordingly, the Court finds that this case should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 10th day of September, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge